UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: JOSEPH J. MAYER and NICOLE D. MAYER,<br><br>Debtors,<br><br>_____<br><br>JOSEPH J. MAYER,<br><br>Appellant,<br><br>v.<br><br>UPPER CUMBERLAND ISLAMIC SOCIETY,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No.: 3:23-CV-138-TAV-DCP<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the appellant's Motion for Order to Dismiss the Appeal [Doc. 10], in which appellant requests to dismiss this bankruptcy appeal pursuant to Fed. R. Bankr. P. 8023(b). The motion reflects that the appellant and appellee agree that this appeal should be dismissed with costs taxed to the appellant.

Having reviewed the record, the Court hereby **GRANTS** the appellant's motion [Doc. 10] and **DISMISSES** the appeal of this matter. It is **ORDERED** that costs shall be taxed to the appellant in care of Mayer & Newton, Attorneys, 8351 E. Walker Springs Lane, Suite 100, Knoxville, Tennessee 37923.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
      s/ LeAnna R. Wilson
        CLERK OF COURT